FILED

SEPT 4 2007 AM 10:06

[Clerk's stamp: U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA]

2:07CV296AS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| EMANUETTA ROBERTSON, ) | |
| Plaintiff, ) | |
| v. ) | |
| FIRST NATIONAL COLLECTION ) | JURY DEMANDED |
| BUREAU, INC., ) | |
| Defendant. ) | |

### COMPLAINT

### INTRODUCTION

1. Plaintiff Emanuetta Robertson brings this action to secure redress against unlawful credit and collection practices engaged in by defendant First National Collection Bureau, Inc. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA"), and state law.

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 1367 and 15 U.S.C. §1692k (FDCPA).

3. Venue and personal jurisdiction over defendant in this District is proper because:

    a. Plaintiff resides here;

    b. Defendant transacts business here;

### PARTIES

4. Plaintiff Emanuetta Robertson is an adult individual who resides in Porter County, Indiana.

5. Defendant First National Collection Bureau, Inc. is a Nevada corporation with its principal place of business at 610 Waltham Way, McCarran, NV 89434. It does business in Indiana. Its registered agent and office are Lexis Document Services, Inc., 251 East

1

Ohio Street, Suite 500, Indianapolis, IN 46204.

6. First National Collection Bureau, Inc. operates a collection agency.

7. First National Collection Bureau, Inc. is a "debt collector" as defined in the FDCPA.

## FACTS

8. Defendant has been attempting to collect from plaintiff an alleged defaulted debt incurred for personal, family or household purposes.

9. Plaintiff believes that the alleged debt is over 10 years old, barred by limitations, and discharged in bankruptcy.

10. On or about June 19, 2007, defendant informed plaintiff's mother about plaintiff's debt for the purpose of inducing the mother to pay the debt.

11. Plaintiff was embarassed as a result.

## COUNT I – FDCPA

12. Plaintiff incorporates paragraphs 1-11.

13. The publication of plaintiff's debt to plaintiff's mother violated 15 U.S.C. §1692c, which restricts the persons with whom a debt collector may provide information about a debt.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and against defendant for:

    a. Statutory damages;

    b. Actual damages;

    c. Attorney's fees, litigation expenses and costs of suit;

    d. Such other or further relief as the Court deems proper.

                                               Daniel A. Edelman

Daniel A. Edelman

Cathleen M. Combs
James O. Latturner
Michelle R. Teggelaar
EDELMAN, COMBS, LATTURNER
    & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## JURY DEMAND

Plaintiff demands trial by jury.

_____
Daniel A. Edelman

t:\20051\pleading\complaint_pleading.wpd